ALEXANDER S. TURNER, Appellant, *v.* WILLIAM W. WESTON et al., Respondents.

(Argued December 7, 1886; decided December 17, 1886.)

*Roswell R. Moss* for appellant.

*D. H. Bolles* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.